Form 309

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

**Charles M. Hall**  :  Case No. 18−21089−JAD
*Debtor(s)*  :  Chapter: 13
: 
: 
: 
: 
: 

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

    *AND NOW,* this ***The 18th of April, 2025,*** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

    (1)  The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

    (2)  Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

    (3)  The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

    (4)  The Clerk shall give notice to all creditors of this dismissal.

                                            Jeffery A. Deller
                                            United States Bankruptcy Judge

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-21089-JAD |
| Charles M. Hall | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Apr 18, 2025 | Form ID: 309 | Total Noticed: 22 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Charles M. Hall, 1049 Woods Run Road, Pittsburgh, PA 15212-2073 |
| 14796608 | + | Frederic I. Weinberg, Esquire, 1001 East Hector Street, Suite 220, Conshohocken, PA 19428-2395 |
| 14796611 | + | Louis P. Vitti, Esquire, 916 Fifth Avenue, Pittsburgh, PA 15219-4764 |
| 14796613 | | NCO Financial Systems/55, P.O. Box 13570, Philadelphia, PA 19101 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Apr 19 2025 00:36:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2025 00:36:00 | PNC BANK, NA, 3232 NEWMARK DRIVE, MIAMISBURG, OH 45342 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Apr 19 2025 00:36:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Apr 19 2025 00:36:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 14796605 | | EDI: CBCSI.COM | Apr 19 2025 04:26:00 | CBCS, PO Box 164089, Columbus, OH 43216 |
| 14821230 | + | Email/Text: ebnjts@grblaw.com | Apr 19 2025 00:36:00 | City & School District of Pittsburgh, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14796606 | + | Email/Text: bankruptcy@firstenergycorp.com | Apr 19 2025 00:36:00 | Collection Service Center, 839 Fifth Avenue, New Kensington, PA 15068-6303 |
| 14849351 | + | Email/Text: kburkley@bernsteinlaw.com | Apr 19 2025 00:36:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14796607 | ^ | MEBN | Apr 19 2025 00:35:36 | Eastern Account System, 75 Glen Road, Suite 110, Sandy Hook, CT 06482-1175 |
| 14796609 | | EDI: IRS.COM | Apr 19 2025 04:26:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 14796610 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Apr 19 2025 00:36:00 | Keybank USA, PO Box 94518, Cleveland, OH 44101-4518 |

Case 18-21089-JAD   Doc 76   Filed 04/20/25   Entered 04/21/25 00:24:46   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2025 | Form ID: 309 | Total Noticed: 22 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 14796612 | + | Email/PDF: resurgentbknotifications@resurgent.com | Apr 19 2025 00:50:30 | LVNV Funding, P.O. Box 10584, Greenville, SC 29603-0584 |
| 14796614 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2025 00:36:00 | PNC Bank, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14855433 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 19 2025 00:36:00 | PNC Bank, N.A., Attn: Bankruptcy, 3232 Newmark Drive, Miamisburg, OH 45342 |
| 14821231 | + | Email/Text: ebnpwsa@grblaw.com | Apr 19 2025 00:36:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14830404 | | Email/Text: BNCnotices@dcmservices.com | Apr 19 2025 00:36:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 14849605 | | EDI: AIS.COM | Apr 19 2025 04:27:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14822908 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Apr 19 2025 00:50:36 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| 14796604 | ##+ | Atlantic Credit & Finance, 3353 Orange Avenue, Roanoke, VA 24012-6335 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2025   Signature:   /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2025 at the address(es) listed below:**

**Name** — **Email Address**

Denise Carlon
on behalf of Creditor PNC BANK  NA dcarlon@kmllawgroup.com

Jeffrey R. Hunt
on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
on behalf of Creditor City & School District of Pittsburgh jhunt@grblaw.com

Keri P. Ebeck
on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com
btemple@bernsteinlaw.com;aepiscopo@bernsteinlaw.com;kebeck@ecf.courtdrive.com;agilbert@bernsteinlaw.com

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 3 of 3 |
| Date Rcvd: Apr 18, 2025 | Form ID: 309 | Total Noticed: 22 |

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

Shawn N. Wright
    on behalf of Debtor Charles M. Hall shawn@shawnwrightlaw.com
    wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com

TOTAL: 8