**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>CHARLES M. HALL<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-21089 JAD<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 03/22/2018 and confirmed on 05/11/2018. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---|---:|
| Total Receipts | | 55,273.06 |
| Less Refunds to Debtor | 17.85 | |
| TOTAL AMOUNT OF PLAN FUND | | 55,255.21 |
| | | |
| Administrative Fees | | |
| Filing Fee | 0.00 | |
| Notice Fee | 0.00 | |
| Attorney Fee | 4,000.00 | |
| Trustee Fee | 2,475.21 | |
| Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 6,475.21 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PNC BANK NA | 0.00 | 33,814.69 | 0.00 | 33,814.69 |
| Acct: 0705 | | | | |
| PNC BANK NA | 11,174.47 | 11,174.47 | 0.00 | 11,174.47 |
| Acct: 0705 | | | | |
| PITTSBURGH WATER & SEWER AUTHORI | 451.31 | 451.31 | 188.90 | 640.21 |
| Acct: 6F58 | | | | |
| WELLS FARGO BANK NA | 6,238.93 | 2,106.65 | 0.00 | 2,106.65 |
| Acct: 1830 | | | | |
| | | | | 47,736.02 |
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES M. HALL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CHARLES M. HALL | 17.85 | 17.85 | 0.00 | 0.00 |
| Acct: | | | | |
| LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| **Priority** | | | | |
| SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,881.22 | 972.88 | 0.00 | 972.88 |
| Acct: 0890 | | | | |
| CITY AND SCHOOL DISTRICT OF PITTSBU | 248.60 | 71.10 | 0.00 | 71.10 |
| Acct: 0890 | | | | |
| | | | | 1,043.98 |
| **Unsecured** | | | | |
| ATLANTIC CREDIT & FINANCE INC++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CBCS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| EASTERN ACCOUNT SYSTEM++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KEYBANK NA** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| LVNV FUNDING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| NCO FINANCIAL**++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| INTERNAL REVENUE SERVICE* | 2,265.99 | 0.00 | 0.00 | 0.00 |
| Acct: 0890 | | | | |
| WELLS FARGO BANK NA | 1,471.45 | 0.00 | 0.00 | 0.00 |
| Acct: 1830 | | | | |
| UPMC PHYSICIAN SERVICES | 384.80 | 0.00 | 0.00 | 0.00 |
| Acct: 0890 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 2,393.96 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| VERIZON BY AMERICAN INFOSOURCE LP | 200.87 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| DUQUESNE LIGHT COMPANY(*) | 493.90 | 0.00 | 0.00 | 0.00 |
| Acct: 7244 | | | | |
| BERNSTEIN BURKLEY PC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| VITTI LAW GROUP INC FKA LOUIS P VITTI | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| FREDERIC I WEINBERG ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDITOR INFORMATION MISSING OR VA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JEFFREY R HUNT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***N O N E***

TOTAL PAID TO CREDITORS                                                                48,780.00

| TOTAL CLAIMED | |
|---|---|
| PRIORITY | 3,129.82 |
| SECURED | 17,864.71 |
| UNSECURED | 7.210.97 |

Date: 05/06/2025

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com